UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER S. HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>GALACTIC CO., LLC,<br><br>        Defendant. | Case No. 1:24-cv-01347-CDB<br><br>ORDER ON STIPULATION CONTINUING INITIAL SCHEDULING CONFERENCE TO MAY 8, 2025, AT 10:00 A.M.<br><br>(Docs. 15, 16) |

      Plaintiff Amber S. Harris ("Plaintiff") initiated this action with the filing of a complaint against Defendant Galactic Co., LLC ("Defendant"), on November 4, 2024. (Doc. 1). Pending before the Court is the parties' stipulated request to reschedule the initial scheduling conference. (Doc. 15).

      The parties represent that they met and conferred on April 15, 2025, in order to prepare their joint scheduling conference statement, at which Defendant's counsel informed Plaintiff's counsel that they would be out of town and unavailable for the scheduling conference on April 21, 2025. (*Id.* at 2). The parties agreed to continue the scheduling conference to May 8, 2025, to coincide with the date of the scheduling conference for a related matter, namely *John Wernegreen v. Galactic Co., LLC*, Case No. 1:24−CV−01405−CDB. A stipulation to continue the scheduling conference in *Wernegreen* was filed on the same day as the stipulation in the

instant action. (*Wernegreen*, Doc. 14). The docket evidences that the same counsel represent Plaintiff and Defendant in each matter.

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that the scheduling conference set for April 21, 2025, is continued to **May 8, 2025, at 10:00 a.m.** As the parties have already filed their joint scheduling report (Doc. 13) pursuant to the Court's order (Doc. 4 at 2), the parties need not file another prior to the conference.

IT IS SO ORDERED.

Dated:   **April 17, 2025**

UNITED STATES MAGISTRATE JUDGE